GEOFFREY HANSEN
Acting Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SANTIAGO-GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-00684 EJD |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[PROPOSED] ORDER** |
| HERMINO SANTIAGO-GARCIA, | |
| Defendants. | Honorable Edward J. Davila |
| _____/ | |

**STIPULATION**

The defendant, Hermino Santiago-Garcia, and the government, through their respective

counsel, hereby stipulate that, subject to the Court's approval, the status hearing in the above-

captioned matter, presently set for January 9, 2012, at 1:30 p.m., be continued to February 13, 2012,

at 1:30 p.m.

The reason for the requested continuance is that Mr. Santiago-Garcia's defense counsel is on

extended maternity leave, and this matter will be reassigned within the Office of the Federal Public

Defender to Assistant Federal Public Defender Heather Rodgers, whose scheduled start date is

January 17, 2012. The Federal Public Defender respectfully requests that this matter be continued to

grant Mr. Santiago-Garcia's new counsel necessary time in order to effectively prepare.

1   Accordingly, the parties agree and stipulate that time should be excluded from January 9,

2   2012, through and including February 13, 2012, under the Speedy Trial Act, 18 U.S.C. §

3   3161(h)(7)(A) and (B)(iv), for effective preparation.  Mr. Santiago-Garcia and the government

4   further agree that granting the requested exclusion of time will serve the interest of justice and the

5   ends of justice outweigh the interest of the public and the defendant in a speedy trial. The parties

6   therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

7   (B)(iv).

8        IT IS SO STIPULATED.

9   Dated:  January 4, 2012                              _____/s/_____
                                                         LARA S. VINNARD
10                                                       Assistant Federal Public Defender

11  Dated: January 4, 2012                              _____/s/_____
                                                         ANN MARIE URSINI
12                                                       Special Assistant United States Attorney

13

14                              **[~~PROPOSED~~] ORDER**

15       The parties have jointly requested a continuance of the hearing set for January 9, 2012,  for

16  effective preparation of defense counsel.   GOOD CAUSE APPEARING, IT IS HEREBY

17  ORDERED that the hearing date presently set for January 9, 2012 at 1:30 p.m., be continued to

18  February 13, 2012 at 1:30 p.m.

19       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

20  under the Speedy Trial Act from January 9, 2012 to February 13, 2012.   The Court finds, based on

21  the aforementioned reasons, that the ends of justice served by granting the requested continuance

22  outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the

23  requested continuance would deny new defense counsel reasonable time necessary for effective

24  preparation, taking into account the exercise of due diligence.

25  ///

26  ///

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00684 EJD                          2

1    The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

2    3161(h)(8)(A) and (B)(iv).

3        IT IS SO ORDERED.

4
Dated:   January 6, 2012                    _____
5                                            HON. EDWARD J. DAVILA
                                             UNTIED STATES DISTRICT COURT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26