1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERMINIO SANTIAGO-GARCIA

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,          )    No. CR 11-00684 EJD
                                       )
12              Plaintiff,             )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING HEARING DATE
13  vs.                                )
                                       )
14  HERMINIO SANTIAGO-GARCIA,          )
                                       )
15              Defendant.             )
    _____)
16

17                           **STIPULATION**

18       Defendant Herminio Santiago-Garcia, by and through Assistant Federal Public Defender

19  Heather R. Rogers, and the United States, by and through Special Assistant United States

20  Attorney Ann Marie Ursini, hereby stipulate that, with the Court's approval, the status hearing

21  currently set for February 13, 2012, at 1:30 p.m., before the Honorable Edward J. Davila, shall be

22  continued to March 26, 2012, at 1:30 p.m.

23       The reason for the requested continuance is that defense counsel recently provided

24  reciprocal discovery and investigation to government counsel in support of a proposed resolution,

25  and requires additional time to review and discuss this material with government counsel and

26  Mr. Santiago-Garcia.  Given these circumstances, additional time is required for effective

1    preparation of counsel.   The parties therefore respectfully request a continuance to March 26,

2    2012, at 1:30 p.m.

3         The parties agree that the time between February 13, 2012, and March 26, 2012, may be

4    excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

5    preparation of counsel.

6    Dated: February 9, 2012

                                    _____/s/_____
7                                   HEATHER ROGERS
                                    Assistant Federal Public Defender
8

9    Dated:   February 9, 2012      _____/s/_____
                                    ANN MARIE URSINI
10                                  Special Assistant United States Attorney

11

12                               **[PROPOSED] ORDER**

13         GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

14   ORDERED that the hearing currently set for February 13, 2012, at 1:30 p.m., before the

15   Honorable Edward J. Davila, shall be continued to March 26, 2012, at 1:30 p.m.

16         THE COURT FINDS that failing to exclude the time between February 13, 2012, and

17   March 26, 2012, would unreasonably deny counsel for the defendant reasonable time necessary

18   for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§

19   3161(h)(7)(B)(iv).

20         THE COURT FINDS that the ends of justice served by excluding the time between

21   February 13, 2012, and March 26, 2012, from computation under the Speedy Trial Act outweigh

22   the interests of the public and the defendant in a speedy trial.

23         THEREFORE, IT IS HEREBY ORDERED that the time between February 13, 2012, and

24   March 26, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

25   3161(h)(7)(A) and (B)(iv).

26   //

1        IT IS SO ORDERED.

2  Dated:   February 13, 2012

                              HON. EDWARD J. DAVILA

3                                United States District Court Judge