1 | STEVEN G. KALAR
Federal Public Defender
2 | VARELL L. FULLER
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant SANTIAGO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-000684-EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING DATE TO JANUARY 28, 2013 |
| ) | |
| HERMINIO SANTIAGO-GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Defendant Herminio-Santiago-Garcia, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Monday, December 17, 2012, at 1:30 p.m., be continued to Monday, January 28, 2013, at 1:30 p.m.

Mr. Santiago-Garcia has entered an open plea to one count of violating 18 U.S.C. § 1326, illegal reentry. A sentencing hearing is presently set in this matter for December 17, 2012, and counsel for Mr. Santiago-Garcia respectfully request a brief continuance to January to permit counsel for Mr. Santiago-Garcia additional time to prepare for the sentencing hearing.

Stipulation and [Proposed] Order Continuing
Hearing                                     1

Accordingly, the defense respectfully request that the sentencing hearing date be continued to January 28, 2013. United States Probation Officer Karen Mar, who has been assigned to conduct the presentence investigation, has been consulted about the requested continuance and has no objection.

Dated: December 12, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated December 12, 2012

_____/s/_____
ANN MARIE URSINI
Special Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Monday, December 17, 2012, at 1:30 p.m. is continued to Monday, January 28, 2013, at 1:30 p.m.

Dated: 12/13/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Court Judge